```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
                CASE NO. 12-14083-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**SUPAWADEE POLNARK**,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on December 17, 2012. A Report and Recommendation filed on December 19, 2012 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of December, 2012.

                                            _____
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
Shaniek Maynard, AUSA
Carmen Lineberger, AUSA
Robert Franklin, Esq.